IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN PEACOCK, #187315, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:18-cv-1019-ECM |
| WEXFORD HEALTH CARE, et al., | ) |
| Defendants. | ) |

## **OPINION and ORDER**

On April 2, 2019, the Magistrate Judge entered a Recommendation (doc. 5) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's motion for preliminary injunction is DENIED.

3. This case is DISMISSED without prejudice for the plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

Done this 6th day of May, 2019.

         /s/ Emily C. Marks
         EMILY C. MARKS
         CHIEF UNITED STATES DISTRICT JUDGE